# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 163 DB 2017  (No. 92 RST 2017) |
| | : | |
| | : | |
| ANDREW KENNEDY WILLIAMS | : | Attorney Registration No.  81565 |
| | : | |
| PETITION FOR REINSTATEMENT | : | |
|   FROM INACTIVE STATUS | : | (Out of State) |

## O R D E R

**PER CURIAM**

**AND NOW**, this 30th day of November, 2017, the Report and Recommendation of Disciplinary Board Member dated November 20, 2017, is approved and it is ORDERED that Andrew Kennedy Williams, who has been on Inactive Status, has never been suspended or disbarred, and has demonstrated that he has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth.  The expenses incurred by the Board in the investigation and processing of this matter shall be paid by the Petitioner.